[No. 1546-2.    Division Two.    February 27, 1976.]

LAWRENCE OERTLI, ET AL, *Appellants*, V. STEVEN THEIN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 55313, Jay W. Hamilton, J., entered June 28, 1974. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 3132-1.    Division One.    March 1, 1976.]

PHILIP P. MALONE, *Respondent*, V. TRIWAY MANUFACTURING, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 121352, Phillip G. Sheridan, J., entered June 5, 1974. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams, C.J., and James, J.

[No. 3685-1.    Division One.    March 1, 1976.]

THE CITY OF SEATTLE, *Respondent*, V. MILTON MCKINLEY PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 69836, Charles R. Denney, J. Pro Tem., entered February 26, 1975. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Swanson and Andersen, JJ.

[No. 3230-1.    Division One.    March 1, 1976.]

THE STATE OF WASHINGTON, *Respondent*, V. MELVIN C. MAINE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 57953, Theodore S. Turner, J. Pro Tem., entered July 23, 1974. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams, C.J., and Swanson, J.